AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| United States of America | ) |
| v. | ) |
| Thenor Moller | ) Case No. 1:19 mj 140-WC |
| Dorleus Wilguems | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 19, 2019 in the county of Coffee in the Middle District of Alabama, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 1029(a)(5) | Fraud in connection with Access Devices |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Paul F. Foster, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/03/2019

*Judge's signature*

City and state: Montgomery, Alabama          Chief U.S. Magistrate Judge, Wallace Capel, Jr.
*Printed name and title*

## Affidavit in Support of a Criminal Complaint

*United States v. Thenor Moller and Dorleus Wilguems*

I, Paul F. Foster, being duly sworn, hereby depose and say:

1. I have been a Special Agent with the United States Secret Service since January 5, 1997, and have investigated various criminal offenses including bank fraud, wire fraud, counterfeiting obligations, conspiracy, counterfeit and fraudulent access devices and various other offenses. I have attended the Special Agent Training Course held by the U.S. Secret Service at Beltsville, Maryland and Criminal Investigator Training Program held at the Federal Law Enforcement Training Center at Glynco, Georgia. Prior to becoming a Special Agent with the U.S. Secret Service, I was a U.S. Secret Service Uniformed Division Police Officer for 6 years. I am also a graduate of Auburn University where I earned a Bachelor of Science degree in Education.

Based on my training and experience as set forth above, I am aware that whoever knowingly and with intent to defraud possesses twelve or more devices which are counterfeit or unauthorized access devices is in violation of Title 18 United States Code, Section 1029(a)(5).

Based on my training and experience, I am aware that pursuant to Title 18 United States Code, Section 1029 (1), an access device is "any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment, or instrument identifier, or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument."

Based on my training and experience, I am aware that pursuant to Title 18 United States Code, Section 1029 (2), an counterfeit access device is "any access device that is counterfeit, fictitious, altered, or forged, or an identifiable component of an access device or a counterfeit device."

Based on my training and experience I know that Enterprise and Dothan, AL are in the Middle District of Alabama.

2. The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and information

provided by witnesses. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with the criminal complaint charging Thenor Moller (Moller) and Dorleus Wilguems (Wilguems) for a violation of Title 18 United States Code, Section 1029(a)(5) - s knowingly and with intent to defraud effects transactions, with 1 or more access devices issued to another person or persons, to receive payment or any other thing of value during any 1 year period the aggregate value of which is equal to or than $1,000.00. The information is not a complete statement of all the facts related to this case.

    3. I have learned through my own investigation or based on investigation by other law enforcement officials that Moller and Wilguems, with intent to defraud, used and possessed of 12 or more counterfeit or unauthorized access devices on April 19, 2019, during that period in the Middle District of Alabama in the following manner:

    A.    On April 19, 2019 the City of Enterprise Police Department (EPD) was contacted by Walmart in Enterprise, AL. Walmart's Asset Protection Officer advised police that two males purchased Walmart gift cards in a suspicious manner. The Asset Protection Officer told EPD that the males had conducted 91 transactions with credit card ending in 2883, with the 92 transaction declined. The transactions were all used to purchase Walmart gift cards with the amount of $200.00 placed on each gift card.

    B.    EPD made contact with Moller and Wilguems while attempting to go inside their car and detained them. Detectives Saxon and Ezell, EPD, arrived and observed in the center console a small bag of marijuana. At that time, Detectives conducted a search of the vehicle and recovered Walmart gift cards in a Walmart plastic bag. A search of Wilguems was conducted and additional Walmart gift cards were located on his person. A Capital One credit card, ending with 2883 in the name of D.B.G, was recovered laying on the ground by the passenger side of the vehicle. Two additional Capital One credit cards were found above the passenger side visor, ending with 9206 in the name of R.K.A and 5047 in the name of W.G. &M.G. A total of 157 Walmart gift cards were recovered. Both were taken into custody. The vehicle was impounded and towed by Sothern Towing.

    C.    On 04/24/19, Moller and Wilguems were transported to the Dothan Police Department (DPD) in reference to Walmart gift cards purchased with the same Capital One credit card ending in 2883. Moller was read his Miranda rights and signed the DPD waiver of

rights form. In an interview with Detective Nelson and Corporal Truitt, Moller admitted that he had obtained the Capital One credit cards fraudulently from a FedEx shipment to multiple locations. Moller stated that he would go to into the Walmart stores and purchase Walmart gift cards. Moller continued that after loading the money onto the gift cards he would screen shot the gift card on his phone and send it to a person in Miami only known to him as "Russian", phone number \*\*\*-\*\*\*-7549. Moller stated that he would receive 10 percent on the total dollar amount sent to the "Russian". Moller continued that he would be paid by a person known to him as "SonSon", in Miramar, FL.

Det. Nelson spoke with victim, M.G., Capital One cardholder number 5047, who stated that she did not authorize Capital One to FedEx her card to an address in Dothan, Al nor authorize any other individual to use the card. Capital One card ending in 5047 was fraudulently used 10 times at Walmart locations in Dothan, AL.

Det. Nelson also spoke with victim, D.B.G., Capital One cardholder number 2883, who stated that he did not authorize Capital One to FedEx his card to an address in Dothan, Al nor authorize any other individual to use the card. Capital One card ending in 2883 was fraudulently used 47 times at Walmart locations in Dothan, AL and 40 times at Walmart locations in Enterprise, AL.

On 04/25/19, Wilguems was interviewed at the DPD by Det. Nelson and Cpl. Truitt. Wilguems waived his Miranda rights by signing DPD Miranda rights form. Wilguems admitted to DPD that he and Moller were purchasing Walmart gift cards with fraudulently obtained Capital One credit cards.

D.    Capital One Investigator Cori Waddy provided EPD and DPD a spreadsheet of Capital One credit cards that were sent via FedEx to ten different addresses in the Dothan, AL area with none of the listed card holders residing in Dothan, AL. The spreadsheet showed that 29 transactions occurred in Ozark, Al, 55 in Enterprise, AL and 130 in Dothan, AL.

E.    I contacted Walmart regarding the Walmart gift cards recovered by EPD. Walmart was able to determine that $28,011.11 was still on the gift cards.

F. On 05/02/19, I contacted Capital One cardholder, S.T.B. card number ending with 4357. S.T.B. stated that he did not authorize anyone to use Capital One credit card ending in 4357 nor authorize Capital One to FedEx the credit card to any address in Dothan, AL. Capital One credit card ending in 4357 was used 23 times at various Walmart's in Dothan and Ozark, AL.

G. On 05/02/19, I contacted Capital One cardholder, M.G.S. card number ending with 5852. M.G.S. stated that he did not authorize anyone to use Capital One credit card ending in 5852 nor authorize Capital One to FedEx the credit card to any address in Dothan, AL. Capital One credit card ending in 5852 was used at various Walmart's, 15 times in Enterprise, 22 times in Ozark and 24 times in Dothan, AL.

Based on my experience and training, it is my belief that probable cause exists to arrest Thenor Moller and Dorleus Wilguems for a violation of Title 18 United States Code, Section 1029(a)(5) - knowingly and with intent to defraud effects transactions, with 1 or more access devices issued to another person or persons, to receive payment or any other thing of value during any 1 year period the aggregate value of which is equal to or than $1,000.00.

Further your Affiant sayeth naught. I swear under penalty of perjury that the forgoing is true.

Paul F. Foster
Special Agent
United States Secret Service

Sworn to before me and subscribed in my presence this, the 3rd day of May, 2019.

Wallace Capel
Chief United States Magistrate Judge

4